UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE I. QUEEN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS, et al.,<br><br>    Defendants.<br>_____/ | No. 2:04-cv-00974-MCE-GGH<br><br><br>**NON RELATED CASE ORDER** |
| SHINGLE SPRINGS BAND OF MIWOK INDIANS, a federally recognized Indian Tribe,<br><br>    Plaintiff,<br><br>  v.<br><br>SHARP IMAGE GAMING, INC., a California corporation, et al.,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-01396-FCD-GGH |

    The court has received the Notice of Related Cases concerning the above-captioned cases filed June 11, 2010.  See Local Rule 123, E.D. Cal. (1997).

///

1  The court has determined, however, that it is inappropriate to
2  relate or reassign the cases, and therefore declines to do so.
3  This order is issued for informational purposes only, and shall
4  have no effect on the status of the cases, including any previous
5  Related (or Non-Related) Case Order of this court.
6       IT IS SO ORDERED.
7  Dated: July 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE